**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2062**

———————

WILLIAM BRYANT,

Petitioner,

versus

SHANNON-POCAHONTAS MINING COMPANY; WEST
VIRGINIA COAL WORKERS' PNEUMOCONIOSIS FUND;
DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

Respondents.

———————

On Petition for Review of an Order of the Benefits Review Board.
(No. 99-1028-BLA)

———————

Submitted:  December 12, 2000        Decided:  January 5, 2001

———————

Before WILKINS, LUTTIG, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William Bryant, Petitioner Pro Se.  William T. Brotherton, III,
SPILMAN, THOMAS & BATTLE, P.L.L.C., Charleston, West Virginia;
Patricia May Nece, Barry H. Joyner, UNITED STATES DEPARTMENT OF
LABOR, Washington, D.C., for Respondents.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Bryant seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Bryant v. DOWCP, No. 99-1028-BLA (BRB June 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED